# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

        v.                                Crim. No. 5:00-CR-66-2BR

DELONDA RUFFIN

     On April 7, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                  Respectfully submitted,

/s/Jeffrey L. Keller                                     /s/Maurice J. Foy  
Jeffrey L. Keller                                               Maurice J. Foy  
Supervising U.S. Probation Officer                U.S. Probation Officer

### ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   20   day of   September  , 2010.

                                                                  W. Earl Britt  
                                                                  Senior U.S. District Judge